```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  06/22/2022

         CENTRAL DISTRICT OF CALIFORNIA
         BY:   D. Brown    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Rafael Jose Quintana-Alindato, <br><br> Defendant. | Case No.: 5:22-mj-00396-DUTY <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×) information in the Pretrial Services Report and Recommendation

    (×) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (×) other: __Allegation of absconding; No known bail resources;__ __Unverified background; Substance abuse; Prior violation of supervised release__

1

1    and/ or

2  B. ( )   The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the safety
4          of any other person or the community if released under 18 U.S.C.
5          § 3142(b) or (c).  This finding is based on the following:
6          ( )   information in the Pretrial Services Report and Recommendation
7          ( )   information in the violation petition and report(s)
8          ( )   the defendant's nonobjection to detention at this time
9          ( )   other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated: June 22, 2022

                                        _____
                                        KENLY KIYA KATO
                                        UNITED STATES MAGISTRATE JUDGE